People v Brown (2024 NY Slip Op 03142)

People v Brown

2024 NY Slip Op 03142

Decided on June 11, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: June 11, 2024

Before: Manzanet-Daniels, J.P., Singh, Mendez, Rodriguez, Pitt-Burke, JJ. 

SCI No. 1180/21 Appeal No. 2458 Case No. 2022-03616 

[*1]The People of the State of New York, Respondent,
v
Corey Brown, Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Abigail Everett of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Michael D. Tarbutton of counsel), for respondent.

Judgment, Supreme Court, New York County (Charlotte Davidson, J., at plea; Laurie Peterson, J., at sentencing), rendered August 15, 2022, convicting defendant of aggravated unlicensed operation of a motor vehicle in the first degree, and sentencing him to time served and a $500 fine, unanimously affirmed.
Defendant validly waived his right to appeal, which forecloses review of his claim seeking vacatur of the fine and mandatory fees imposed at sentencing. The court's colloquy tracked the model colloquy, which has been endorsed by the Court of Appeals (see People v Thomas, 34 NY3d 545, 567 [2019], cert denied 589 US &mdash, 140 S Ct 2634 [2020]). The court properly explained the nature of the right to appeal, and by listing some of the claims that survive the waiver, made clear that the waiver of appeal was not an absolute bar to taking an appeal (see id. at 564). The fact that the court conducted its colloquy after defendant signed the written waiver, which he had reviewed with counsel, did not render his waiver involuntary or unknowing.
We perceive no basis for vacating the fine or mandatory fees imposed on defendant at sentencing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: June 11, 2024